AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Alabama

| | |
|---|---|
| United States of America <br> v. <br> Krisha Nicolette Molina-Bush & <br> Johanilka Dessire Vidal Lopez | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Case No.    26-_ 206

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___October 3, 2025___ in the county of ___Baldwin___ in the ___Southern___ District of ___Alabama___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 1512(k) & (b) | Conspiracy to Tamper with a Witness or Informant |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_Laird Brian_
_Complainant's signature_

Laird Brian, Special Agent, FBI
_Printed name and title_

Telephonically sworn to before me and electronically signed on

Date: ___06/17/2026___

P. Bradley Murray
Digitally signed by P. Bradley Murray
Date: 2026.06.17 14:36:18 -05'00'
_Judge's signature_

City and state: ___Mobile, Alabama___

P. Bradley Murray, U.S. Magistrate Judge
_Printed name and title_