## AFFIDAVIT IN SUPPORT OF COMPLAINT AGAINST KRISHA NICOLETTE MOLINA-BUSH & JOHANILKA DESSIRE VIDAL LOPEZ

I, Laird Brian, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.      I make this affidavit in support of an application for a criminal complaint against Krisha Nicolette Molina-Bush ("Bush") and Johanilka Dessire Vidal Lopez ("Lopez").

2.      I am a Special Agent of the Federal Bureau of Investigation (FBI) assigned to the Mobile Field Division and have been so employed since 2024. As such, I am a law enforcement officer of the United States within the meaning of Title 18, United States Code 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in Title 18, United States Code, Section 2516(1). I have been employed with the FBI since 2021, and prior to my role as a Special Agent, I conducted physical surveillance for the FBI and researched subjects of investigation. My duties as a FBI Special Agent include investigating violations of federal law to include investigations related to violence, threats of violence, drugs, bank robberies, kidnapping, and/or crimes affecting interstate commerce among others. I have also received training on obtaining and reviewing electronic records, including social media warrant returns, and both physical and electronic surveillance.

3.      The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other law enforcement officers and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all my knowledge about this matter.  All dates, times, and locations described in my affidavit are approximations.

4.      Based on the facts set forth in this affidavit, there is probable cause to believe that violations of 18 U.S.C. § 1512(k) & (b), Conspiracy to Tamper With a Witness or Informant, have

been committed by Bush, Lopez, and two other co-conspirators, John Michel Mathurin ("Mathurin") and Kayper Nicole Ellerbee ("Ellerbee").

## PROBABLE CAUSE

5. On December 30, 2024, Mathurin and nine (9) co-defendants were indicted in the United States District Court for the Southern District of Alabama on various federal drug trafficking charges. *See United States v. John Michel, Mathurin, et al.*, 1:24-cr-00211-TFM, Doc. 1. Mathurin, in particular, was charged with Conspiracy with Intent to Distribute Methamphetamine in violation of 21 U.S.C. § 846 and Possession with Intent to Distribute Methamphetamine in violation of 21 U.S.C. § 841(a)(1). *Id.*

6. On February 5, 2025, Mathurin's case was set for trial beginning on November 3, 2025. *See* Doc. 126, PageID.193.

7. One of the government's anticipated witnesses at Mathurin's trial was A.S., a female witness who facilitated at least one controlled drug buy in support of the federal drug trafficking investigation.

8. As Mathurin's trial date approached, Mathurin, Ellerbee, Bush, and Lopez conspired with one another to intimidate A.S. to influence her anticipated testimony at Mathurin's trial and, to that end, engaged in numerous overt acts in furtherance of the conspiracy.

9. For instance, on October 2, 2025, web history from Mathurin's contraband cellular phone contained a web search for "Buy GPS Tracker with Longest Battery Life - 140 Day Battery with Magnetic Case."  The resulting webpage shows a GPS tracker designed for monitoring vehicle travel as shown below.



10.    On or about October 3, 2025, Mathurin messaged Bush on an encrypted phone application from his contraband phone, writing, "I may need u to slide with joa today just to see if anyone still at that address," as reflected in the below screenshots (in which Mathurin's messages appear in green and Bush's messages appear in blue).  "Joa" is a known alias of Lopez.  Bush replied, "I got you," and Mathurin replied, "Queen said on Zillow the house was sold but I think she's still there . . .," with the "she" being an apparent reference to A.S.  "Queen" is a known alias of Ellerbee.  Bush followed up by writing, "Gonna tell her [Ellerbee] to write the address down for me."



11.      As directed by Mathurin and Ellerbee, Bush and Lopez subsequently traveled in Lopez's vehicle to A.S.'s suspected residence, where they took the following pictures of the residence and vehicles parked in front of the residence.  The photos, one of which provides a partial view of Lopez's face, were later found in extractions from Ellerbee's phone with metadata indicating the pictures were taken on October 6, 2025.





12.      During a subsequent interview, Bush said to me that she suspected A.S. was cooperating with the government in its case against Mathurin and, in order to help Mathurin locate A.S., she and Lopez drove by the Alabama residence captured in the above photos.

13.      Separately, in early October 2025, Mathurin directed Ellerbee to obtain property records, vehicle records, personal identifiers, and probable location information for A.S. and, in

support of those efforts, Mathurin provided Ellerbee with the contact information for April Wei, a paralegal from California whose contact information Mathurin received from a fellow inmate.

14.    On or about October 7, 2025, Ellerbee created an audio recording of a call between herself and Wei.  During the call, Ellerbee requested that Wei locate a female witness named A.H. Wei informed Ellerbee that the witness's true name was A.S. and quoted Ellerbee a fee of $125 to continue with pulling A.S.'s contact/location information.  Ellerbee agreed to send the money to Wei and ultimately did so from her neighbor's CashApp account.



15.    On or about October 10, 2025, Ellerbee used her phone to take a picture of messages from Mathurin, which asked her to strongly convey to another unidentified male "how important it is to handle the girl," in an apparent reference to A.S.  Mathurin went on to write, "Like stress it more than ever . . . this is more serious than anything."  Following Mathurin's instructions, Ellerbee subsequently sent the picture to an unidentified contact and said "STRESS IT."



16.    The next day, Ellerbee received a video in an encrypted phone application showing the images of three individuals – A.S., as well as the federal prosecutor (J.R.) and federal judge (T.F.M.) assigned to Mathurin's case – involved in what appears to be a voodoo ritual.  The

disturbing video concludes with a machete being stabbed through A.S.'s photo and candles being

lit, as seen in the screenshot below.



17.      Ellerbee also received a second voodoo video, which was filmed from farther away

and thus allowed for a broader view of the ritual. In the video, the images of A.S., J.R., and T.F.M.

are flanked by skull figurines and the images themselves are on fire.



18.    Later the same day, Ellerbee replied to the video messages, writing, "Ol girl last name is [A.S.'s last name]".

19.    On October 15, 2025, Mathurin and Bush discussed the use of a magnetic, vehicle-based GPS tracker on an encrypted messaging application.  Mathurin wrote, "Got 20 days left time is definitely flying."  Bush responded with, "Get that tracker" – an apparent reference to the tracker Mathurin previously researched.



20.    On October 28, 2025, Ellerbee received a call from an inmate who was incarcerated with Mathurin at Baldwin County Jail. On the recorded jail call, the inmate relayed a coded message from Mathurin to Ellerbee, saying, "He don't want Meek Mill at concert…or the fake Jamaica boyfriend either."  Based on a subsequent interview with Ellerbee, I know that "Meek Mill" is a reference to A.S. and, upon information and belief, I strongly suspect that "fake Jamaica boyfriend" is a reference to another witness in Mathurin's case, T.M, who is known by law enforcement to have dated a female individual nicknamed "fake Jamaica."

21.     On or about October 29, 2025, Ellerbee sent an audio message containing the voice of an unknown male speaking in Haitian Creole via an encrypted phone application to an associate of Mathurin, known only by the alias of Bmoney.  In response to the audio message, Bmoney said the English translation was as follows: "I pretty much heard he sent somebody to do something but since the hurricane still going on he can't really move how he want to move. That they have to do something for you before things get worse and you know what I'm talking about…He was telling JMike we have to do something for your girl before things get worse."

22.     On the same day, Ellerbee sent a message in Haitian creole to an associate of Mathurin, known only by the alias of Eny Ruben, which conveyed Mathurin's request to prevent A.S. and another witness, T.M., from appearing at his imminent trial.  Specifically, as reflected in the translated messages below, Ellerbee passed along that Mathurin "doesn't want them to appear or speak at all" and asks that Eny Ruben "please, please, please, do everything you can to bring him home."



23.    Ellerbee concludes the exchange with Eny Ruben by letting him know exactly when Mathurin's trial was set to start and promising to "send the money now," as reflected in the below screenshot and translated message.





**CONCLUSION**

24.    Based on my training, experience, and the facts stated above, I believe there is probable cause to establish that John Michel Mathurin, Kayper Nicole Ellerbee, Krisha Nicolette Molina-Bush, and Johanilka Dessire Vidal Lopez have violated 18 U.S.C. § 1512(k) (Conspiracy to Tamper with a Witness or Informant).

LAIRD BRIAN
Special Agent, FBI

Sworn to telephonically and subscribed electronically before me this 17th day of June 2026.

P. Bradley Murray
Digitally signed by P. Bradley Murray
Date: 2026.06.17 14:36:42 -05'00'

P. BRADLEY MURRAY
United States Magistrate Judge